UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **KENIA FLORES,** | ) |
| Petitioner, | ) |
| v. | ) Case No. 7:23-cv-429-ACA-GMB |
| **KIMBERLY NEELY,** | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On September 26, 2023, the magistrate judge entered a report recommending that the court dismiss with prejudice Petitioner Kenia Flores's petition for writ of habeas corpus.  (Doc. 9).  The magistrate judge notified the parties of their right to object and warned them that failure to object waives the right to challenge on appeal any unobjected-to factual and legal conclusions.  (*Id.* at 4–5).  The deadline for objections has passed without receipt of any objections.

The parties' failure to file specific objections waives any challenge to the proposed findings and recommendations.  *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.  After careful consideration of the magistrate judge's report, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

The court **WILL DISMISS** Ms. Flores's petition for writ of habeas corpus **WITH PREJUDICE**. The court will enter a separate final order consistent with this memorandum opinion.

**DONE** and **ORDERED** this October 25, 2023.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE